No. 75–927.   HOGGE ET AL. v. JOHNSON, CITY MAN-
AGER OF HAMPTON, VIRGINIA, ET AL.   C. A. 4th Cir.
Certiorari denied.   MR. JUSTICE BRENNAN would grant
certiorari and, as in *Colorado Springs Amusements, Ltd.*
v. *Rizzo, infra,* this page, remand case for determination
of petitioners' constitutional contentions giving appro-
priate, but not necessarily conclusive, weight to our sum-
mary dispositions.